# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| REBECCA MARRS | § |
| | § Civil Action No. 4:19-CV-204 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Rebecca Marrs's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (Dkt. #16) and the Commissioner's Response (Dkt. #18), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #16) is **GRANTED**, and the Commissioner is directed to pay six thousand, three hundred sixteen dollars and eighty cents ($6,316.80) in attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 25th day of November, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE